# UNITED STATES DISTRICT COURT

Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>KEVIN BURTON | **FILED**<br>Jan 13, 2026<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>**COMMITMENT TO ANOTHER DISTRICT**<br><br>Case No. 2:26-mj-0005-CSK |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Eastern District of California | 3:21-cr-00287-SI-1 | 2:26-mj-0005-CSK | NDCA |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

___ Indictment   ___ Information   ___ Complaint   _X_ Other (TSR)

**charging a violation of**   18   **U.S.C.**   § 3583

**DISTRICT OF OFFENSE**   Northern District of California

**DESCRIPTION OF CHARGES:**

Supervised Release Violation

**CURRENT BOND STATUS:**

___ Bail fixed at $_____ and conditions were not met
___ Government moved for detention and defendant detained after hearing in District of Arrest
___ Government moved for detention and defendant detained pending detention hearing in District of Offense
___ Other (specify)

**Representation**   ___ Retained Own Counsel   _X_ Federal Defender Organization   ___ CJA Attorney   ___ None

**Interpreter Required?**   _X_ No   ___ Yes   Language: _____

**DISTRICT OF**   CALIFORNIA, EASTERN

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| 1/13/2026 | *(signed)* |
|---|---|
| Date | United States Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |